UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

      v.                      Crim. No. 7:10-CR-72-2H

HORACE HANCE MAYO, III

On June 6, 2011, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                     Respectfully submitted,

                                                     /s/ Robert K. Britt  
                                                     Robert K. Britt  
                                                     United States Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this "46ý day of Lwpg 2013.

                                                     Malcolm J. Howard  
                                                     Senior U.S. District Judge